■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK WISNIEWSKI, Appellant. [913 NYS2d 635]—Appeal from a judgment of the Wyoming County Court (Michael F. Griffith, J.), rendered February 24, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree.

Now, upon reading and filing the stipulation discontinuing appeal signed by defendant on September 14, 2010 and by the attorneys for the parties on September 14 and 23, 2010,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN WOODWARD, Appellant. [913 NYS2d 635]—Appeal from a judgment of the Wyoming County Court (Michael F. Griffith, J.), rendered May 5, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted promoting prison contraband in the first degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on November 9, 2010 and by the attorneys for the parties on November 4, 2010,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.